**William Henry ROACH,**
**Plaintiff–Appellant,**

v.

**Robert E. MAXEY, in his individual and official capacity; Christopher Webb; Mr. Cook; Nurse Moon, Defendants–Appellees.**

No. 04–7015.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 29, 2004.

Decided: Nov. 24, 2004.

William Henry Roach, Appellant pro se.

Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia, for Appellees.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Henry Roach appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Roach v. Maxey*, No. CA–02–831–7 (W.D.Va. filed June 1, 2004; entered June 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*